```
                          _____

                          No. 96-1139
                          _____
```

Humana Kansas City, Inc.,       *
f/k/a Prime Health Kansas City, *
Inc., d/b/a Humana Prime         *
Health Plan,                     *
                                 *   Appeal from the United States
            Appellant,           *  District Court for the
                                 *   Western District of Missouri
      v.                         *
                                 *          [UNPUBLISHED]
Continental Casualty Company,    *
one of the CNA Insurance         *
Companies,                       *
                                 *
            Appellee.            *

```
                          _____

                 Submitted: June 10, 1996

                 Filed:  August 5, 1996
                          _____
```

Before RICHARD S. ARNOLD, Chief Judge, MORRIS SHEPPARD ARNOLD,    Circuit
Judge, and ROSENBAUM,* District Judge.

```
                          _____
```

PER CURIAM.


     Humana Kansas City, Inc., appeals the district court's[2] grant of
summary judgment to defendant in its bad faith action.  Having carefully
reviewed the record and the parties' briefs, we conclude that no error of
law or fact appears, and that an opinion would lack precedential value.

---

     *The HONORABLE JAMES M. ROSENBAUM, United States
District Judge for the District of Minnesota, sitting
by designation.

     [2]The Honorable Howard F. Sachs, Senior United States District
Judge for the Western District of Missouri.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.